

**OFFICE OF THE
HARRIS COUNTY ATTORNEY
CHRISTIAN D. MENEFEE**

October 18, 2024

Clerk of the United States District Court
Southern District of Texas
515 Rusk Avenue
Houston, Texas 77002

Re:  Vacation Notice
    4:22-cv-02508 – Clarence Evans v Mark Herman
    4:23-cv-04587 – John An v. Luis Castellanos, et al
    4:23-cv-01262 – Michael Stewart v Sergeant, et al
    4:23-cv-04294 – Samuel De La Cruz, et al v. Harris County
    4:24-cv-00666 – Mikayla Savage v Harris County, et al.
    4:23-cv-04826 – Roger Walls v J. Carrigan
    4:23-cv-01042 – Evan Norman v Harris County, et al
    4:23-cv-00302 – Alexander Williams v Deputy Bolin, et al.
    4:24-cv-01947 – Jovanti Harris v Harris County Sheriff's Office
    4:24-cv-00334 – Banon Yates v Ed Gonzalez, et al.
    4:24-cv-02565 – Fernando De Leon v Harris County
    4:24-cv-01076 – Reginald Bellard v Castaneda and Tzaquitzal
    4:24-cv-01927 – Maxwell Ezenwa v Harris County

Dear Sir/ Ma'am,

    I am lead counsel in the cases referenced above. Please be advised I will be on vacation November 27, 2024 – December 2, 2024 and January 18, 2025 – January 26, 2025. I will have limited access to email and phone service. I respectfully request that no hearings, deadlines, or other matters be scheduled during that time.  If you have any questions or concerns, please advise. Thank you for your assistance in this matter.

    Sincerely,

    /s/ *Frank J. Ford*
    **FRANK J. FORD**
    Assistant County Attorney
    State Bar No. 24012642
    Federal ID No. 565385
    1019 Congress
    Houston, Texas 77002
    P: (832) 570-7582 (cell)
    E: frank.ford@harriscountytx.gov